IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Huynh, Sanh V | Case Number: 08 B 04281 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/16/08 | Filed: 2/25/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: July 31, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 2. | CitiMortgage Inc | Secured | 25,000.00 | 0.00 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 2,702.04 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 968.60 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 4,347.83 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 313.27 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 190.79 | 0.00 |
| 8. | Capital One | Unsecured | 2,525.83 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 517.29 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 3,312.55 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 1,784.54 | 0.00 |
| 12. | American Express | Unsecured | | No Claim Filed |
| 13. | Leading Edge | Unsecured | | No Claim Filed |
| 14. | CBNA | Unsecured | | No Claim Filed |
| 15. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 16. | American Express | Unsecured | | No Claim Filed |
| 17. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 18. | Financial Asset Management Systems, Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 41,662.74 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Huynh, Sanh V | Case Number:  08 B 04281 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/16/08 | Filed:  2/25/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

